# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-cr-0311-RLH-GWF |
| vs. | **ORDER** |
| HAGOB PALIKYAN, ARMAN PALIKYAN, GARY AMBARTSUMYAN, | |
| Defendants. | |

Before this Court are the Findings & Recommendation of United States Magistrate Judge (#95, filed June 2, 2009), entered by the Honorable George W. Foley, regarding Defendants Hagob Palikyan and Arman Palikyan's Joint Motion to Dismiss (#75, filed May 6, 2009), and Co-Defendant Gary Amabrsumyan's Joinder (#80). A joint objection (#97) and a joinder (#99) thereto was filed to Magistrate Judge Foley's Findings and Recommendation of United States Magistrate Judge, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government has filed a Response (#102) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

/ / / /

1

1  IT IS THEREFORE ORDERED that Magistrate Judge's Findings and Recommendation (#95, entered June 2, 2009) is ACCEPTED and ADOPTED, Defendants' Motion to Dismiss is denied.

Dated: June 15, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**