# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.  2:08-cr-00311-RLH-GWF |
| vs. | ) | **ORDER** |
| ARMEN PALIKYAN,<br>HAGOB PALIKYAN,<br>ARMEN AMBARTSUMYAN,<br>GARY AMBARTSUMYAN,<br>VAKHTANG GASPARIAN,<br>ARTUR AMBARTSUMYAN,<br>IYAD NAZZAL, and<br>DANIMYAR DOSUNKULOV, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Gary Ambartsumyan's Joinder in Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (Dkt. #81), filed May 13, 2009 and Defendant Gary Ambartsumyan's Joinder in Joint Reply to Opposition to Motion to Dismiss Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement/Opposition to Request to Vacate Evidentiary Hearing (Dkt. #87), filed May 21, 2009.

To date, no party has opposed the present motions and the time for opposition has expired. As a result, the Court will grant the motions for joinder. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Gary Ambartsumyan's Joinder in Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (Dkt. #81) is **granted**.

. . .

**IT IS FURTHER ORDERED** that Defendant Gary Ambartsumyan's Joinder in Joint Reply to Opposition to Motion to Dismiss Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement/Opposition to Request to Vacate Evidentiary Hearing (Dkt. #87) is **granted**.

DATED this 11th day of May, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge